US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 27 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AL BILGISCHER                                                                                      PLAINTIFF

VS.                        NO. 16-6095

METROPOLITAN LIFE INSURANCE
COMPANY                                                                      DEFENDANT

## COMPLAINT

Plaintiff, Al Bilgischer, by and through his undersigned attorneys, Wilcox & Lacy, PLC, and for his Complaint against Defendant, Metropolitan Life Insurance Company, states:

### JURISDICTION AND VENUE

1. This is an action arising under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 et seq. ("ERISA"), to recover benefits due under an employee benefit plan, to redress breaches of fiduciary duties under ERISA, and to recover costs and attorneys' fees as provided by ERISA.

2. This is an action brought pursuant to section 502(a), (e)(1) and (f) of ERISA, 29 U.S.C. § 1132(a), (e)(1) and (f). The Court has subject matter jurisdiction pursuant to 29 U.S.C. 1132(e)(1) and 28 U.S.C. § 1331. Under section 502(f) of ERISA, 29 U.S.C. § 1132(f), the Court has jurisdiction without respect to the amount in controversy or the citizenship of the parties.

3. Venue is properly laid in this district pursuant of section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391(b), in that one or more of the Defendants resides or is found in this district.

1

## PARTIES

4. Plaintiff Al Bilgischer is an individual residing in Garland County, Arkansas.

5. Defendant Metropolitan Life Insurance Company ("MetLife") is a foreign corporation with its principal place of business located in a state other than Arkansas. Defendant MetLife served as and performed the function of the administrator of Plaintiff's claim. As claims administrator, MetLife made the determination to approve or disapprove disability claims made by participants of the Plan. MetLife ostensibly operated, therefore, as a "fiduciary" of the Defendant Plan within the meaning of sections 3(21) and 405(c) of ERISA, 29 U.S.C. § 1002(21) and § 1105(c). MetLife's registered agent for service of process is CT Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, AR, 72201.

## COUNT I: CLAIM FOR DISABILITY BENEFITS UNDER THE PLAN

6. Paragraphs 1-5 are re-alleged and incorporated by reference as if fully set forth herein.

7. This Action falls under 29 U.S.C. §1132 of ERISA seeking recovery of benefits by Plaintiff.

8. Plaintiff is a participant in an employee benefit plan which provided disability insurance coverage. The policy of disability insurance under which he has made a claim for benefits that was denied was renewed after March 1, 2013.

9. As a participant, Plaintiff was entitled to long term disability benefits.

10. Plaintiff is disabled as a result of spondylosis.

11. Defendants initially approved Plaintiff's claim for disability benefits only to later deny his claim based upon the same available medical information. Defendants have

unilaterally, arbitrarily and capriciously denied Plaintiff's claim for disability benefits. This unilateral and arbitrary denial of Plaintiff's disability benefits violates the provisions of ERISA and the provisions of the Plan itself.

12. The amount of harm to Plaintiff is continuing at this time and is in excess of Federal Diversity Jurisdiction.

13. Pursuant to 29 U.S.C. § 1001 et seq., Plaintiff is entitled to recover all benefits due and owed under the Plan, past and future, all consequential and incidental damages incurred in result of the wrongful denial and termination of benefits thereunder, and all attorneys fees and costs herein expended.

## COUNT TWO: ATTORNEYS' FEES

14. Paragraphs 1-13 are re-alleged and incorporated by reference as if fully set forth herein.

15. Plaintiff is entitled to recover a reasonable attorney's fee and costs of the action herein, pursuant to section 502(g)(1) of ERISA, 29 U.S.C. § 1132(g).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that the Court:

(1) Award Plaintiff all past and future disability benefits to which he is entitled and interest as it has accrued since date of original entitlement;

(2) Award Plaintiff the costs of this action and reasonable attorneys' fees; and

(3) Award such other, further and different relief as may be just and proper.

Respectfully Submitted,

Brandon W. Lacy
**WILCOX & LACY, PLC**
600 S. Main Street
Jonesboro, AR 72401
870-931-3101

_____
Brandon W. Lacy #03098