IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AL BILGISCHER                                                                                    PLAINTIFF

v.                          Case No. 6:16-cv-6095

METROPOLITAN LIFE INSURANCE
COMPANY                                                                                          DEFENDANT

## **ORDER**

Before the Court is Plaintiff's Motion for Voluntary Dismissal with Prejudice. ECF No. 11. Plaintiff submits that this matter has been fully settled and compromised by the parties. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 8th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge